UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA        :

   v.                           :        CASE NO. 3:02CR378 (AWT)

CASPER SABATINO                 :

ORDER OF TRANSFER

In the interest of justice, the above identified case is hereby transferred to   Senior Judge Alan H. Nevas  .  All further pleadings or documents in this matter should be filed with the Clerk's Office in   Bridgeport  , and shall bear the docket number 3:02CR378 (AHN).  Pleadings or documents related to this action and filed in any other seat of court, will be refused at the Clerk's Office and returned to you unfiled. [See Local Rule 3(a)]

Dated at Hartford, Connecticut this 24th day of July, 2006.



                                              /s/
                                     Alvin W. Thompson
                             United States District Judge