**EXHIBIT A**

**Joan Sabatino**
**12 Highview Lane**
**Sherman, CT  06784**

January 16, 2007

Honorable Alan H. Nevas
Senior United States District Judge
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT  06604

Dear Judge Nevas:

I am writing this letter on behalf of my husband Casper Sabatino, whom I have known for thirty-five years and have been married to for almost thirty years.  Casper is a man of great integrity.  He was raised in a very strict home by parents who taught honesty, truth, respect and hard work.  Much of his education was acquired in Catholic schools where these same values were reinforced and practiced on a daily basis.  As a result, Casper's life has been built on these principles.

Throughout his career, his work ethic has been impeccable.  He is extremely conscientious, hard working and dedicated to any job he undertakes, always doing what is asked of him, without question, and obeying his superiors.  He has always been willing to invest as much of his time needed to get the job done, even if it involved giving up weekends and vacations.  Every job was performed to the best of his ability.

As a family man, Casper is caring, considerate and responsible.  Early in his life he experienced great heartache with the death of his sister, and only sibling, at an early age. Leaving behind three young children, he was instrumental in their upbringing and continues to support and guide them in their adult lives.  He is dedicated, caring and devoted to both his family and mine.  Being the only child, he is the sole caregiver to his elderly mother, who relies upon him for all her needs.  Whenever necessary, Casper puts everything aside to take care of her, as well as my elderly parents.  He also takes a deep interest in the lives of those less fortunate, always donating to charitable organizations.  As a lover of animals, Casper volunteers his time to animal shelters whenever needed.  As a husband, he is loving and supportive, always putting my needs before his.  If I did not feel that his character was exemplary, I would not have remained with him for all these years.

The last eight years have been extremely stressful and fearful for both of us.  Casper is very stoic and keeps his feelings hidden.  He has become distant and despondent and that's not his personality.  I, on the other hand, have become very emotional and am aware of how much pain he is enduring.  This has greatly affected me.  As an educator of young children, I need to be focused at all times and this has been very difficult.  Casper feels terrible remorse for what has happened and I know that his mistake was not made intentionally or out of greed.  He was just obeying his superiors the way he was taught.  We have tried to move on with our lives but it is difficult since we are fearful of what the future holds for us.

This is just a snapshot of Casper's character, taken by someone who knows him better than anyone. I was not fortunate enough to have children, but I was blessed with a wonderful husband and best friend. Casper is my whole life and I can't imagine life without him. Please find it in your heart to forgive him.

Thank you for your time.

Respectfully,

*Joan Sabatino*

Joan Sabatino

**EXHIBIT B**

**CASPER SABATINO**
**12 HIGHVIEW LANE**
**SHERMAN, CT 06784**

January 16, 2007

Honorable Alan H. Nevas
Senior United States District Judge
District of Connecticut
915 Lafayette Boulevard
Bridgeport, Connecticut 06604

Dear Judge Nevas:

I will be coming before you for sentencing on January 29th for having participated in the Cendant fraud. I am writing to share some of my inner thoughts with you and to let you know how sorry and ashamed I am for having let myself get involved in this crime.

My life became unhappy not when I blew the whistle on this scheme, but years before when we were directed to make inappropriate entries. This became part of my job and I am very angry at myself for letting that happen. I am extremely remorseful for my participation. I had no intent to harm anyone, although I realize that many people have been harmed. I have tried to do whatever I can to fix what was done, even before I had legal representation.

There is not a day that has gone by over the past eight + years that this dreadful episode is not forefront in my mind. It has taken a very strong negative toll on me and my wife. I have tried in the past to secure another position in the business field, but my efforts have become senseless because of all this. My value in this field is now at zero and my earnings potential is the same. We now survive on the salary of my wife and our savings. We (my wife and I) now own a small retail store, which I personally manage. The financial rewards are practically nothing, but the personal rewards are outstanding. I now feel a sense of accomplishment and have become a well-known well-liked person in the community of my store. I am happy doing this, but I have a daily fear that what has happened in the past can negatively affect our little business; that would be devastating.

My wife has supported me all throughout this entire ordeal, but I can tell it has taken a negative emotional drain on her as well. She is a wonderful, kind, generous person and I know I let her down; I will forever live with that fact.

I know that these problems are my own fault and I have taken responsibility for them as best I could.

Honorable Alan H. Nevas
Page 2
January 16, 2007

    I hope that you will show me whatever consideration you can.

                             Respectfully,

                             Casper Sabatino