## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Sentencing Memorandum was sent via Federal Express on this 18th day of January, 2007 to the individuals indicated below.

_____
Katie Woods

AUSA Michael Martinez
US Attorney's Office
970 Broad St., 7th Floor
Newark, NJ 07102

AUSA Craig Carpenito
US Attorney's Office
970 Broad St., 7th Floor
Newark, NJ 07102

Ray Lopez
Senior US Probation Officer
United States Probation Office
915 Lafayette Boulevard, Rm. 200
Bridgeport, Connecticut 06604