UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CASPER SABATINO. | )<br>)<br>)<br>)<br>)   No. 3:02CR378 (AHN)<br>)   March 22, 2007<br>)<br>) |

MOTION TO RESTORE THIS MATTER TO THE ACTIVE DOCKET
FOR THE LIMITED PURPOSE OF PERMITTING MR. FORBES TO
INTERVENE AND OBTAIN PUBLIC ACCESS TO COURT
RECORDS

Walter A. Forbes, through undersigned counsel, hereby moves to (1) restore the above captioned matter to the active docket; (2) intervene, and (3) obtain public access to the following Court record: the motion filed by the government pursuant to United States Sentencing Guideline 5K1.1, which was filed under seal.

Grounds in support of this motion are set forth in the accompanying Memorandum.

Respectfully submitted,

WALTER FORBES

By: _____
Thomas J. Murphy (Bar No. ct07959)
COWDERY, ECKER & MURPHY, L.L.C.
750 Main Street
Hartford, CT 06103-2703
(860) 278-5555 (phone)
(860) 249-0012 (fax)
tmurphy@cemlaw.com (e-mail)

- and -

Oral Argument Requested

Margaret A. Keeley (Bar No. ct25405)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (phone)
(202) 434-5029 (fax)
bsimon@wc.com (e-mail)

*His Attorneys*

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Motion to Restore this Matter to the Active Docket for the Limited Purpose of Permitting Mr. Forbes to Intervene and Obtain Public Access to Court Records to be filed electronically and to be served on March 22, 2007 to the following via e-mail:

>Mark Coyne, Esq. (mark.coyne@usdoj.gov)
>Michael Martinez, Esq. (michael.martinez2@usdoj.gov)
>Craig Carpenito, Esq. (craig.carpenito@usdoj.gov)

and to be served on the following via Federal Express:

>Edward J. Dauber, Esq.
>Greenberg, Dauber, Epstein & Tucker
>One Gateway Center
>Newark, NJ 07102

_____
Thomas J. Murphy